Law Offices
Howard A. Chorost, P.C.
21 East Speedway Boulevard
Tucson, Arizona 85705
(520) 792-0011
(520) 844-1196 (fax)

Howard A. Chorost, Esq.
State Bar of Arizona No. 012663
E-Mail: hchorost@me.com

Attorney for Movant
Vantage West Credit Union

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 7 Proceedings |
| SERENA L DUGGAN, | |
| Debtor. | Case No. 2:24-bk-08062-EPB |
| _____ | |
| Vantage West Credit Union, | **MOTION FOR RELIEF FROM STAYS** |
| Movant, | |
| vs. | (Re: 2023 Kia Stinger) |
| SERENA L DUGGAN, Debtor; LOTHAR GOERNITZ, Trustee, | |
| Respondents. | |

Movant, the holder of a claim secured by an interest in the below described motor vehicle, hereby moves and applies to the Court for an order terminating the Automatic Stay, pursuant to 11 U.S.C. §362 with regard to said vehicle. In the alternative, Movant requests a Comfort Order confirming the absence of Stays in accordance with 11 U.S.C. §362(j). Movant herein desires to exercise State Law forfeiture remedies with regard to said vehicle. In the event an objection is filed, and the Court is not inclined to grant stay relief, Movant requests that the Court enter an award for adequate protection pursuant to 11 U.S.C. §361.

1. This Motion arises under Title 11 of the United States Code, in the following described case which has been referred to and is pending in the United States Bankruptcy Court for the District of Arizona:

Debtor: SERENA L DUGGAN
CASE NUMBER: 2:24-bk-08062-EPB
CHAPTER: 7
FILING DATE: September 25, 2024

The subject motor vehicle is described as: 2023 Kia Stinger.

2. The obligation arises out of a Retail Installment Contract and Security Agreement, a copy of which is attached as "Exhibit A." The principal balance owing on the obligation is $46,702.66. Debtor is in default for failure to pay the September, 2024 installment in the sum of $858.67 and all subsequent installments due thereafter. The subject collateral was repossessed pre-petition. Debtor filed a Statement of Intention indicating that surrender of the Collateral. *Docket Entry 9, page 35.* **Movant is in physical possession of the collateral.**

3. Movant alleges that the balance of the obligation owed Movant exceeds the fair market value of the vehicle and therefore Debtor lacks equity in the subject vehicle. Movant further alleges that the subject vehicle is not necessary for any proposed or contemplated reorganization. According to the attached Kelly Blue Book Valuation (Exhibit "C") the approximate value of the vehicle is $26,000.00. Accordingly, given the lack of equity in the motor vehicle, said vehicle is either burdensome or inconsequential to the administration of the Estate.

4. A true copy of the MVD Title/Lienholder Record is attached as "Exhibit B."

Wherefore, Movant prays that the Court enter an Order Terminating all Stays, including the Automatic Stay with respect to the subject motor vehicle and grant other such relief as may be appropriate. Additionally, since possession of the subject collateral

has already been surrendered, Movant prays that the Court waive the fourteen day Stay following the entry of the Order Terminating Stays pursuant to Bankruptcy Rule 4001(a)(3).

Since Movant is attempting to minimize expenses in regard to the Bankruptcy Filing, Movant respectfully requests that the entry of an Order Terminating Stay herein be binding as to any Chapter under the Code to which Debtor may convert.

In the alternative, if the Motion is opposed and if the Court does not grant Stay Relief at this time, Movant respectfully requests that the Court, at a Preliminary or Final Hearing, issue such orders, as appropriate, to require Debtor to tender adequate protection payments to Movant in an amount to be set by the Court pursuant to 11 U.S.C. § 361.

**RESPECTFULLY SUBMITTED**:     October 14, 2024

**HOWARD A. CHOROST, P.C.**

*/s/ Howard A. Chorost*
*State Bar of Arizona No. 012663*
By_____
Howard A. Chorost
Attorney for Movant
Vantage West Credit Union

# *LAW* 553-AZ-ARB-eps-14 1/23

### RETAIL INSTALLMENT SALE CONTRACT -- SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| SERENA L DUGGAN<br>8450 N 67TH AVE APT 2020<br>PEORIA AZ 85302<br>COUNTY: MARICOPA<br>Cell: (224)733-2202<br>Email: AUNTIERENA24@GMAIL.COM | N/A<br><br>Cell:<br>Email: | PEORIA KIA<br>17431 N 91ST AVENUE<br>PEORIA, AZ 85382 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2023 | KIA<br>STINGER | 11 | KNAE35LD7P6133982 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural  ☐ ___ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of<br>$ 0.00 is |
|---|---|---|---|---|
| 9.65 % | $ 20008.69 | $ 52035.59 | $ 72044.28 | $ 72044.28 |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | $ 857.67 | Monthly   beginning 04/22/2023 |
| N/A | $ N/A | N/A |

N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

### WARRANTIES

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, except as described above for used vehicles. Making no warranties means that the Seller is selling the vehicle as is -- not expressly warranted or guaranteed and without any implied warranties of merchantability (except as described above) or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

### FOR USED VEHICLES ONLY

The Seller hereby warrants that this vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.

**ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE UNDER THOSE TERMS:**
**ATENCIÓN COMPRADOR: FIRME AQUÍ SOLAMENTE SI EL VENDEDOR LE HA DICHO QUE EL VEHÍCULO TIENE EL/LOS SIGUIENTE(S) PROBLEMA(S) Y QUE USTED ESTÁ DE ACUERDO EN COMPRAR EL VEHÍCULO BAJO ESTOS TÉRMINOS:**

1. N/A          2. N/A          3. N/A

| X ___N/A___ | | X ___N/A___ | |
|---|---|---|---|
| Buyer Signs | (Date) | Co-Buyer Signs | (Date) |

**SELLER'S RIGHTS IN ABSENCE OF CREDIT APPROVAL:**
(a) You agree to furnish us any documentation necessary to verify information contained in the credit application. (b) You acknowledge that it may take a few days for us to verify your credit and assign this contract. In consideration of our agreeing to deliver the vehicle, you agree that if we are unable to assign the contract to any one of the financial institutions with which we regularly do business pursuant to terms of assignment acceptable to us, we may cancel this contract. (c) In the event we cancel this contract, we shall give you notice of the cancellation. Upon delivery of such notice, you shall immediately return the vehicle to us in the same condition as when sold reasonable wear and tear excepted. We agree, upon cancellation of this contract to restore to you all consideration we received in connection with this contract, including any trade-in vehicle. (d) In the event the vehicle is not immediately returned to us upon notice of our cancellation of this contract, you agree to pay and shall be liable to us for all expenses incurred by us in obtaining possession of the vehicle, including attorney's fees, and we shall have the right to repossess the vehicle with free right of entry wherever the vehicle may be found, as the law allows. (e) While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle shall be in full force and all risk of loss or damage in the vehicle shall be assumed by you, you shall pay all reasonable repair costs related to any damage sustained by the vehicle while in your possession or control of and until the vehicle is returned to us.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 4 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

| Buyer Signs X [signature] | Co-Buyer Signs X | N/A |
|---|---|---|

03/10/2023  11:26 am

## ITEMIZATION OF AMOUNT FINANCED

**1 Cash Price**

| | | |
|---|---|---|
| A Cash Price of Motor Vehicle (including accessories, services) | $ | 43649.25 |
| B Sales Tax | $ | 531.97 |
| C Prior Credit or Lease Balance paid to | | |
|    **KIA FINANCE AMERICA** | $ | 1998.75 |
| D Other **DOC FEE** | $ | 589.00 |
| E Other **N/A** | $ | N/A |
| F Other **N/A** | $ | N/A |
| G Other **N/A** | $ | N/A |
| H Other **N/A** | $ | N/A |
| Total Cash Price (A through H) | $ | 46768.97 (1) |

**2 Total Downpayment =**

Trade-In **2023**  **KIA**    **SPORTAGE**
    (Year)   (Make)    (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | 37081.70 |
| Less Pay Off Made By Seller to **KIA FINANCE AMERICA** | $ | 40080.45 |
| Equals Net Trade In | $ | -2998.75 |
| + Cash | $ | 1000.00 |
| + Other **N/A** | $ | N/A |
| + Other **N/A** | $ | N/A |
| + Other **N/A** | $ | N/A |
| (if total downpayment is negative, enter "0" and see prior credit or lease balance, item 1C, above) | $ | 0.00 (2) |

**3** Unpaid Balance of Cash Price (1 minus 2)   $ **46768.97** (3)

**4** Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

| | | | | |
|---|---|---|---|---|
| Life | $ | N/A | | |
| Disability | $ | N/A | $ | N/A |
| B Other Optional Insurance Paid to Insurance Company or Companies | | | $ | N/A |
| C Optional Gap Contract | | | $ | 854.00 |
| D Official Fees Paid to Government Agencies **TIRE TAX** | | | $ | 5.00 |
| E Government Taxes Not Included in Cash Price | | | $ | N/A |
| F Government License and/or Registration Fees | | | | |
|    **LICENSE FEES 407.62** | | | | |
|    **N/A** | | | $ | 407.62 |
| G Government Certificate of Title Fees | | | $ | N/A |

H Other Charges (Seller must identify who is paid and describe purpose)

| | | | | |
|---|---|---|---|---|
| to **N/A** | for **N/A** | | $ | N/A |
| to **JM&A** | for **SERV CONTRACT** | | $ | 4000.00 |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| to **N/A** | for **N/A** | | $ | N/A |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | | $ | 5266.62 (4) |

**5** Amount Financed (3 + 4)   $ **52035.59** (5)

If the "Amount Financed" exceeds $66,400 or if the motor vehicle is primarily for commercial use, the "Amount Financed" is also the "Final Cash Price Balance" and the "Total of Payments" is also the "Time Balance".

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before **N/A** , Year **N/A** . SELLER'S INITIALS **N/A**

---

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term **84** Mos.      **EASYCARE**
                                         Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _(signature)_

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

#### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

| | |
|---|---|
| Credit Life $ | N/A |
| Credit Disability $ | N/A |
| Insurance Company Name | N/A |
| N/A | |
| Home Office Address | N/A |
| N/A | |

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original amount financed. Credit insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

#### Other Optional Insurance

☐

| | | |
|---|---|---|
| N/A | | N/A |
| Type of Insurance | | Term |
| Premium $ | N/A | |
| Insurance Company Name | N/A | |
| | N/A | N/A |
| Home Office Address | | |
| | N/A | N/A |

☐

| | | |
|---|---|---|
| N/A | | N/A |
| Type of Insurance | | Term |
| Premium $ | N/A | |
| Insurance Company Name | N/A | |
| | N/A | |
| Home Office Address | N/A | |

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X **N/A**       **N/A**
Buyer Signature        Date

X **N/A**       **N/A**
Co-Buyer Signature      Date

**Returned Check Charge:** You agree to pay a charge of $25.00, plus actual charges assessed by a financial institution, if any check you give us is dishonored.

---

03/10/2023  11:26 am

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed with a day counted as 1/365th of a year (or 1/366th in a leap year).

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

**a. If the vehicle is damaged, destroyed, or missing.**
You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we will subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give us false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. Debtor's Liability for Failure to Return Vehicle:** If you are in default, we may send you a notice of default. It is unlawful to fail to return a motor vehicle subject to a security interest within 30 days after receiving notice of default. A notice of default may be mailed to the address on the contract. It is your responsibility to keep the listed address current. Unlawful failure to return a motor vehicle subject to a security interest is a class 6 felony. Assuming there are no aggravating circumstances, and you have no prior felony convictions, the maximum penalty is 1.5 years in prison and a $150,000 fine.

**d. You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. You will also pay any reasonable collection costs we incur as the law allows.

**e. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for those items back, we may dispose of them as the law allows.

**f. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**g. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**h. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**5. SERVICING AND COLLECTION CONTACTS**
In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
You agree that you will, within a reasonable time, notify us of any change in your contact information.

**6. APPLICABLE LAW**
Federal law and the law of the state of Arizona apply to this contract.

**7. NEGATIVE CREDIT REPORT NOTICE**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

03/10/2023  11:26 am

## GUARANTY

The undersigned, jointly and severally, guarantee payment of all amounts owing under this contract and the payment upon demand of the entire amount owing on this contract in the event of default in payment by Buyer named therein. The undersigned waives notice of performance, demands for performance, notice of non-performance, protests, notice of protests, notice of dishonor, notice of acceptance of this Guaranty, of any extensions in time of payment, of sale of any of the collateral and of all other notices to which the undersigned would be otherwise entitled by law and agrees to pay all amounts owing thereunder upon demand, without requiring any action or proceeding against Buyer, and specifically waives any right to require action against Buyer as provided in A.R.S. §§ 12-1641 et seq. The undersigned agree to deliver to Seller or, after assignment, to Assignee timely financial statements and any other information relating to the undersigned's financial condition as may be reasonably requested. The undersigned acknowledges receipt from the Seller, prior to signing below, of a separate "Notice to Cosigner."

| N/A | N/A |
|---|---|
| DATED AT | GUARANTOR |
| N/A | N/A |
| DATED AT | GUARANTOR |

Marital Community Property Joinder: The undersigned spouse of the Guarantor joins in the execution of this guaranty for the purpose of binding the marital property of the Guarantor, and the undersigned, in accordance with A.R.S. § 25-214 or other applicable law. THE UNDERSIGNED SPOUSE OF THE GUARANTOR ACKNOWLEDGES RECEIPT FROM THE SELLER, PRIOR TO SIGNING BELOW, OF A SEPARATE "NOTICE TO COSIGNER."

| N/A | N/A |
|---|---|
| Date | Spouse of the Guarantor |

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, any allegation of waiver of rights under this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this Vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator only on an individual basis and not as a plaintiff in a collective or representative action, or a class representative or member of a class on any class claim. The arbitrator may not preside over a consolidated, representative, class, collective, injunctive, or private attorney general action. You expressly waive any right you may have to arbitrate a consolidated, representative, class, collective, injunctive, or private attorney general action. You or we may choose the American Arbitration Association (www.adr.org) or National Arbitration and Mediation (www.namadr.com) as the arbitration organization to conduct the arbitration. If you and we agree, you or we may choose a different arbitration organization. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this transaction was originated. We will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee up to a maximum of $5,000, unless the law or the rules of the chosen arbitration organization require us to pay more. You and we will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee over $5,000 in accordance with the rules and procedures of the chosen arbitration organization. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate any related or unrelated claims by filing any action in small claims court, or by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual or statutory public injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. You agree that you expressly waive any right you may have for a claim or dispute to be resolved on a class basis in court or in arbitration. If a court or arbitrator finds that this class arbitration waiver is unenforceable for any reason with respect to a claim or dispute in which class allegations have been made, the rest of this Arbitration Provision shall also be unenforceable.

03/10/2023  11:26 am

☐ IF THE BOX IS CHECKED, THIS CONTRACT IS SUBJECT TO A BROKER FEE PAID BY THE SELLER TO
N/A
.

You acknowledge an express intent to grant a security interest in the vehicle and hereby waive and abandon all personal property exemptions granted upon the vehicle, which is the subject of this contract. NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM SUCH PROPERTY EXEMPT FROM PROCESS.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X  N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

NOTICE TO THE BUYER: (1) Do not sign this contract before you read it or if it contains any blank spaces. (2) You are entitled to an exact copy of the contract you sign.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON PAGE 4, BEFORE SIGNING BELOW.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.

The Arizona Department of Insurance and Financial Institutions regulates the Seller and can be contacted at 100 N 15th Avenue, Suite 261, Phoenix, AZ 85007-2630, (602) 771-2800, if you have any complaints concerning this contract.

| | | |
|---|---|---|
| X _____ | 03/08/2023 | X _____ N/A _____ N/A |
| Buyer Signs | Date | Co-Buyer Signs Date |
| SERENA L DUGGAN | | N/A |
| Buyer Printed Name | | Co-Buyer Printed Name |
| X  PEORIA KIA | 03/08/2023 | By X _____ BUS MGR |
| Seller Signs | Date | Title |

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name  N/A _____ Title  N/A

### SEE THE REST OF THIS CONTRACT FOR OTHER IMPORTANT TERMS AND AGREEMENTS.

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ N/A _____ Date  N/A  Address _____ N/A

| Seller assigns its interest in this contract to **VANTAGE WEST CREDIT UNION** | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|
| ☐ Assigned with recourse    ☒ Assigned without recourse | ☐ Assigned with limited recourse |
| Seller **PEORIA KIA** | |
| By X _____ | Title  **FI MANAGER** |



EXHIBIT "B"

## Lien and Title Information Report
3254-VANTAGE WEST CREDIT UNION

| | | | |
|---|---|---|---|
| **Account No.** | ✕✕✕✕✕✕ | **VIN** | KNAE35LD7P6133982 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | SERENA L DUGGAN | | |
| **Organization ID** | 3254 | **Organization Name** | VANTAGE WEST CREDIT UNION |
| **Lien Start** | 03/13/2023 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | |

---

### Last ELT Transactions

| | | |
|---|---|---|
| Received On | | |
| 2024-09-14 19:22:04.0 | | Delete Record - Printed |

---

### Borrower / Lesee Details

| | |
|---|---|
| **Name** | SERENA L DUGGAN |
| **Address** | 8450 N 67TH AVE APT 2020,PEORIA AZ,85302 |

---

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | Kia |
| **Model** | Stinger | **Year** | 2023 |
| **Mileage** | 0 | | |

---

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | A011812532 | **Title State** | AZ |
| **Tag Number** | | **VIN** | KNAE35LD7P6133982 |
| **Status** | MATCHED | **Match Date** | 03/29/2023 |
| **Lien Expiration Date** | | **Media Type** | Paper |

---

### State Information

| | | | |
|---|---|---|---|
| **Name** | DUGGAN, SERENA L | **Lessee** | |
| **Address** | 8450 N 67th Ave,Apt 2020,Glendale AZ,85302-5535 | | |
| **Vehicle Type** | | **Make** | KIA |
| **Model** | STINGER | **Year** | 2023 |
| **Mileage** | 11 | | |
| **Title State** | AZ | **Title Number** | A011812532 |
| **Brands** | -- AZ: Actual | | |
| | -- AZ: | | |



# KBB Vehicle Valuation

## Retail/Trade-In/Wholesale Breakdown

## October 2024

| Applicants: | Valuation Date: 10/07/2024 |
|---|---|
| | Application Number: None |

| 2023 Kia Stinger GT-Line Sedan 4D | $31,869 / N/A / $29,320 |
|---|---|
| VIN:   KNAE35LD7P6133982 | |

| 4-Cyl, Turbo, GDI, 2.5 Liter | Included |
|---|---|
| Automatic, 8-Spd | Included |
| RWD | Included |

### Equipment

| ABS (4-Wheel) | Included |
|---|---|
| Air Conditioning | Included |
| Alloy Wheels | Included |
| AM/FM/HD Radio | Included |
| Blind-Spot Collision | Included |
| Bluetooth Wireless | Included |
| CD/MP3 (Single Disc) | Included |
| Forward Collision Warning System | Included |
| Daytime Running Lights | Included |
| Dual Air Bags | Included |
| F&R Head Curtain Air Bags | Included |
| Heated Seats | Included |
| Hill Start Assist Control | Included |
| Keyless Entry | Included |
| Push Button Start | Included |
| Knee Air Bags | Included |
| Lane Departure Warning System | Included |
| Leather | Included |
| LED Headlamps | Included |
| Navigation System | Included |
| Reverse Parking Distance Warning | Included |

| | |
|---|---|
| Power Door Locks | Included |
| Power Seat | Included |
| Power Steering | Included |
| Power Windows | Included |
| SiriusXM Satellite | Included |
| Smart Cruise Control | Included |
| Side Air Bags | Included |
| Electronic Stability Control | Included |
| UVO eServices | Included |
| Tilt & Telescoping Wheel | Included |
| Traction Control | Included |
| Backup Camera | Included |
| | |
| Total Value without mileage | $31,869 / $27,457 / $29,320 |
| Mileage adjustment (39030) miles | ($1,539) |
| | |
| Total Retail/Trade-In/Wholesale Value | $30,330 / $25,918 / $27,781 |

© 2024 by Kelley Blue Book Co., Inc. All Rights Reserved. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This pricing is intended for the use of the individual generating this pricing only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions.